**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CARLA HARRELL**                                                                          **PLAINTIFF**

**v.**                          **CASE NO. 5:13CV00335 BSM**

**MAGNOLIA REGIONAL**
**MEDICAL CENTER, et al.**                                                        **DEFENDANTS**

## NOTICE

Plaintiff Carla Harrell has failed to serve defendants within the time required by the rules of civil procedure.  Accordingly, Harrell has fourteen days to show good cause as to why defendants were not served.  If she fails to do so, this case will be dismissed without prejudice.

DATED this 23rd day of May 2014.

_____
UNITED STATES DISTRICT JUDGE