IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CARLA HARRELL**                                                                                          **PLAINTIFF**

v.                                   **CASE NO. 5:13CV00335 BSM**

**MAGNOLIA REGIONAL**
**MEDICAL CENTER, et al.**                                                                  **DEFENDANTS**

## ORDER

Following a review of plaintiff Carla Harrell's response to the notice to show cause [Doc. No. 3], this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 9th day of June 2014.

_____
UNITED STATES DISTRICT JUDGE