# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CARLA HARRELL**                                                                                    **PLAINTIFF**

**v.**                          **CASE NO. 5:13CV00335 BSM**

**MAGNOLIA REGIONAL**
**MEDICAL CENTER, et al.**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 9th day of June 2014.

_____
UNITED STATES DISTRICT JUDGE